## BROWN v. THE STATE.

LUMPKIN, P. J. There was no error at the trial, and the verdict was fully warranted by the evidence. The case presents no new or unsettled question.

<em>Judgment affirmed. All the Justices concurring.</em>

Submitted October 21, — Decided November 6, 1901.

Indictment for assault with intent to rape.    Before Judge Butt.
Harris superior court.    April term, 1901.

*Henry C. Cameron,* for plaintiff in error.
*S. P. Gilbert, solicitor-general,* contra.